UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELBERT B. REED, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF LAURA L. REED** | MISC. CASE NO. 17-mc-126 |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; and TAKEDA PHARMACEUTICAL COMPANY LIMITED** | **MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, LAURA L. REED

This Court, having reviewed Plaintiff's Unopposed Motion to Approve Settlement as to Claims of Elbert B. Reed, Individually and as Special Administrator of the Estate of Laura L. Reed, deceased and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiff, Elbert B. Reed, Individually and as Special Administrator of the Estate of Laura L. Reed and as legal heir to the Estate of Elbert B. Reed, deceased, and Takeda, as notice to the Court on  July 20, 2017 be

APPROVED.

- 2 -

The Court has jurisdiction of this matter by virtue of the Plaintiff participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this <u>24th</u> of <u>July</u>, 2017.

```
                                    _____
                                    HONORABLE PATRICK J. HANNA
                                    UNITED STATES MAGISTRATE JUDGE
```