U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 07 2017

TONY R. MOORE, CLERK
BY _____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

ELBERT B. REED

VERSUS

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, ET AL

MISC. CASE NO. 17-mc-126

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Elbert B.
Reed, as Special Administrator and Derivative Claimant of the Estate of Laura L. Reed, is
hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna,
which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___7th___ day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 8/7/17
BY _____
TO _____